**Notice of Intent to Strike; Order filed October 27, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-01016-CR
_____

**RODNEY K. COLEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1569075**

---

## ORDER

In the above cause, the court received and filed Appellant's initial brief on April 24, 2020, received and filed Appellant's amended brief on April 27, 2020, and received and filed Appellant's second amended brief on April 29, 2020. Appellant has not filed a motion for leave to file his amended brief or his second amended brief. The court hereby gives **Notice of Intent to Strike** Appellant's amended brief and second amended brief unless Appellant files **on or before**

1

**November 6, 2020**, a motion for leave to file the amended brief he wants the court to consider in deciding the appeal.  *See* Tex. R. App. P. 38.7.  Appellant should be cognizant of the word limit.

PER CURIAM

Panel Consists of Justices Christopher, Wise, and Hassan.